DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Lloyd.Farnham@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-00393 RS |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS HEARING AND ORDER |
| MATTHEW HENDERSON, | |
| Defendant. | |

    The defendant Matthew Henderson was charged by an Information dated August 22, 2019, with one count of violating 18 U.S.C. § 371, conspiracy. On October 11, 2019, the defendant entered a guilty plea pursuant to a plea agreement that contemplates continued cooperation with the government. The defendant in this matter is scheduled to appear before the Court for a Status Hearing on September 8, 2020.

    The parties jointly request that this Status Hearing be continued approximately 90 days. The trial in the related matter, <u>United States v. Thomas Henderson, et al.</u>, Case No. 19-CR-376 RS, has not yet been set, and those proceedings continue. The cooperation by the defendant Matthew Henderson

continues, and is expected to continue through the trial in the related matter. At this time the parties are not recommending that the Court set a sentencing date for Matthew Henderson, and for this reason request that the status hearing be continued to December 8, 2020, or a date thereafter convenient for the Court.

DATED: September 3, 2020                                Respectfully submitted,

                                                        DAVID L. ANDERSON
                                                        United States Attorney


                                                        ___/s/___
                                                        LLOYD FARNHAM
                                                        Assistant United States Attorney

                                                        VINSON & ELKINS LLP


                                                        ___/s/___
                                                        MATTHEW J. JACOBS
                                                        Counsel for MATTHEW HENDERSON

## ORDER

Based on the parties' joint request, and for good cause shown, the Court continues the Status Hearing currently set for September 8, 2020, to December 8, 2020 at 2:30 p.m.

IT IS SO ORDERED.

DATED: 9/3/2020

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge