DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Lloyd.Farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-00393 RS |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS HEARING AND ORDER |
| MATTHEW HENDERSON, | |
| Defendant. | |

    The defendant Matthew Henderson was charged by an Information dated August 22, 2019, with one count of violating 18 U.S.C. § 371, conspiracy. On October 11, 2019, the defendant entered a guilty plea pursuant to a plea agreement that contemplates continued cooperation with the government. The defendant in this matter is scheduled to appear before the Court for a Status Hearing on December 8, 2020.

    The parties jointly request that this Status Hearing be continued approximately 90 days. The trial in the related matter, United States v. Thomas Henderson, et al., Case No. 19-CR-376 RS, has not yet been set, and those proceedings continue. The cooperation by the defendant Matthew Henderson

STIPULATION AND [PROPOSED] ORDER    1
19-CR-00393 RS

1  continues, and is expected to continue through the trial in the related matter.  At this time the parties are
2  not recommending that the Court set a sentencing date for Matthew Henderson, and for this reason
3  request that the status hearing be continued to March 2, 2021, or a date thereafter convenient for the
4  Court.

5  DATED:  December 4, 2020                    Respectfully submitted,

6                                              DAVID L. ANDERSON
                                               United States Attorney
7

8                                              _____/s/_____
                                               LLOYD FARNHAM
9                                              Assistant United States Attorney

10                                             VINSON & ELKINS LLP

11
                                               _____/s/_____
12                                             MATTHEW J. JACOBS
                                               Counsel for MATTHEW HENDERSON
13

14

15                                  **ORDER**

16       Based on the parties' joint request, and for good cause shown, the Court continues the Status
17  Hearing currently set for December 8, 2020 to March 2, 2021, at 2:30 p.m.

18       IT IS SO ORDERED.

19

20

21  DATED: December 4, 2020
                                               _____
22                                             THE HONORABLE RICHARD SEEBORG
                                               United States District Judge