STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    lloyd.farnham @ usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-00393 RS |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS HEARING AND ORDER |
| MATTHEW HENDERSON, | |
| Defendant. | |

    The defendant Matthew Henderson was charged by an Information dated August 22, 2019, with one count of violating 18 U.S.C. § 371, conspiracy. On October 11, 2019, the defendant entered a guilty plea pursuant to a plea agreement that contemplates continued cooperation with the government. The defendant in this matter is scheduled to appear before the Court for a Status Hearing on October 26, 2021.

    The parties jointly request that this Status Hearing be continued approximately 180 days. The defendants in the related matter, United States v. Thomas Henderson, et al., Case No. 19-CR-376 RS, have each entered guilty pleas pursuant to plea agreements. The sentencing hearing for Cooper Lee has

been set for December 7, 2021, and the sentencing for Thomas Henderson has been set for June 7, 2022. Based on defendant Matthew Henderson's role as a cooperating witness in this matter, the parties request that his sentencing be set on a date after the sentencing of Thomas Henderson. For this reason, the parties request that the status hearing be continued to April 26, 2022, or a date thereafter convenient for the Court. The parties anticipate requesting a sentencing hearing date at that status hearing.

DATED: October 21, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/
LLOYD FARNHAM
Assistant United States Attorney

VINSON & ELKINS LLP

/s/
MATTHEW J. JACOBS
Counsel for MATTHEW HENDERSON

### ORDER

Based on the parties' joint request, and for good cause shown, the Court continues the Status Hearing currently set for October 27, 2021 to April 26, 2022, at 9:30 a.m.

IT IS SO ORDERED.

DATED: October 21, 2021

THE HONORABLE RICHARD SEEBORG
United States District Judge