# UNITED STATES DISTRICT COURT FOR

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTHEW HENDERSON,<br><br>  Defendant. | CASE NO. 19-CR-00393 RS<br><br>**ORDER** |

Having reviewed the parties' Stipulation to Set Sentencing, and good cause appearing,

IT IS HEREBY ORDERED that the parties' Stipulation is granted.

IT IS FURTHER ORDERED the Defendant is referred to the Probation Office for a presentence interview and preparation of a Presentence Report.

IT IS FURTHER ORDERED that the sentencing hearing in this matter is set for February 14, 2023, at 9:30 a.m.

DATED this  18th  day of October            , 2022.

HONORABLE RICHARD SEEBORG
United States District Judge