# UNITED STATES DISTRICT COURT FOR
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MATTHEW HENDERSON,<br><br>　　　Defendant. | CASE NO. 19-CR-00393 RS<br><br>**ORDER** |

　　　Having reviewed the parties' Stipulation to Set Sentencing, and good cause appearing,

　　　IT IS HEREBY ORDERED that the parties' Stipulation is granted.

　　　IT IS FURTHER ORDERED that the sentencing hearing in this matter is continued to June 27, 2023, at 9:30 a.m.

　　　　　　DATED this __20th__ day of __March__, 2023.

_____
HONORABLE RICHARD SEEBORG
United States District Judge

3

[PROPOSED ORDER]
CASE NO.: 19-CR-00393 RS